# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-41026
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

COY RAY DINGLER,

Defendant-Appellant.

Appeal from the United States District Court
For the Eastern District of Texas
(6:96-CR-55-1)

March 26, 1998

Before POLITZ, Chief Judge, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Court appointed counsel for Coy Ray Dingler has filed a brief as required by

**Anders v. California**,[1] and has moved to withdraw. Our independent review of the

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] 386 U.S. 738 (1967).

brief, Dingler's response and the record discloses no nonfrivolous issue which may

be presented herein.  Accordingly, counsel's motion is granted, counsel is excused

from further responsibilities herein, and the appeal is DISMISSED.[2]

---

[2] See 5th Cir. R. 42.2.